CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 5:19-CV-06205-LHK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| KING EGGROLL INVESTMENT, INC., a California Corporation; ROYAL KING EGGROLL II, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

The plaintiff expects that the stipulation for dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: August 03, 2020        By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorney for Plaintiff