1   CENTER FOR DISABILITY ACCESS
    Amanda Seabock, Esq., SBN 289900
2   Chris Carson, Esq., SBN 280048
    Dennis Price, Esq., SBN 279082
3   8033 Linda Vista Road, Suite 200
    San Diego, CA 92111
4   (858) 375-7385
    (888) 422-5191 fax
5   amandas@potterhandy.com
    Attorneys for Plaintiff
6

7   CHRISTINE H. LONG (SBN: 199676)
    christine.long@berliner.com
8   EILEEN P. KENNEDY (SBN: 204646)
    eileen.kennedy@berliner.com
9   BERLINER COHEN, LLP
    Ten Almaden Boulevard,
10  Eleventh Floor
    San Jose, California 95113-2233
11  Telephone:(408)286-5800
    Facsimile:(408)998-5388
12  Attorneys For Defendant
    King Eggroll Investment, Inc. and Royal King Eggroll II, Inc.

13             UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15  SCOTT JOHNSON,                     | Case: 5:19-CV-06205-LHK

16          Plaintiff,                 | **JOINT STIPULATION FOR**

17     v.                              | **DISMISSAL PURSUANT TO**

18  KING EGGROLL INVESTMENT,           | **F.R.CIV.P. 41 (a)(1)(A)(ii)**
    INC., a California Corporation;
19  ROYAL KING EGGROLL II, INC., a
    California Corporation; and Does 1-
20  10,

21          Defendants.

22

23

24

25

26

27

28

1

Joint Stipulation for Dismissal            Case: 5:19-CV-06205-LHK

1

**STIPULATION**

2

3      Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

4   between the parties hereto that this action may be dismissed with prejudice

5   as to all parties; each party to bear his/her/its own attorneys' fees and costs.

6   This stipulation is made as the matter has been resolved to the satisfaction of

7   all parties.

8

9   Dated: September 01, 2020      CENTER FOR DISABILITY ACCESS

10

11                                 By: /s/ Amanda Seabock
                                        Amanda Seabock
12                                      Attorneys for Plaintiff

13   Dated: September 01, 2020      BERLINER COHEN, LLP

14                                 By: /s/ Eileen P. Kennedy
                                        Christine H. Long
15                                      Eileen P. Kennedy
                                        Attorneys for Defendant
16                                      King Eggroll Investment, Inc. and
                                        Royal King Eggroll II, Inc.
17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal                 Case: 5:19-CV-06205-LHK

1

2

## **<u>SIGNATURE CERTIFICATION</u>**

3  I hereby certify that the content of this document is acceptable to Eileen P.

4  Kennedy, counsel for King Eggroll Investment, Inc. and Royal King Eggroll

5  II, Inc., and that I have obtained Ms. Kennedy's authorization to affix her

6  electronic signature to this document.

7

8  Dated: September 01, 2020       CENTER FOR DISABILITY ACCESS

9

10                                     By: <u>/s/ Amanda Seabock</u>
                                            Amanda Seabock
11                                          Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal                    Case: 5:19-CV-06205-LHK